EDMUND G. BROWN JR.
Attorney General
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
LISA ASHLEY OTT
Deputy Attorney General
State Bar No. 164811
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102
   Telephone:  (415) 703-5978
   Fax:  (415) 703-1234
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY JEROME BLAN,<br><br>                                        Petitioner,<br><br>        v.<br><br>M.C. KRAMER, Warden,<br><br>                                        Respondent. | C-07-5781 CRB (PR)<br><br>**APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION** |

        For the reasons stated in the accompanying declaration of counsel, respondent hereby requests a sixth-day enlargement of time in which to file its answer to the petition for writ of habeas corpus.  As explained in the accompanying declaration, counsel has been briefing several matters with chronological precedence over this case, and has not yet been able to turn her attention full-time to this case.

1        WHEREFORE, respondent respectfully requests that this Court grant an enlargement of

2  time, to and including June 11, 2008, in which to file its answer.

3        Dated:  April 10, 2008

4                                Respectfully submitted,

5                                EDMUND G. BROWN JR.
                              Attorney General

6                                DANE R. GILLETTE
                              Chief Assistant Attorney General

7                                GERALD A. ENGLER
                              Senior Assistant Attorney General

8                                PEGGY S. RUFFRA
                              Supervising Deputy Attorney General

9

10                                **/s/ Lisa Ashley Ott**

11                                LISA ASHLEY OTT
                              Deputy Attorney General

12                                Attorneys for Respondent

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY MAIL

Case Name:  **Jeffrey Jerome Blan v. Kramer**
Case No.  **C-07-5781 CRB (PR)**

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>April 10, 2008</u>, I served the attached

### APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION

### DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION

### ORDER

in the internal mail collection system at the Office of the Attorney General,455 Golden Gate Avenue, Suite 11000, San Francisco, California 94102, for deposit in the United States Postal Service that same day in the ordinary course of business in a sealed envelope, postage fully prepaid, addressed as follows:

Jeffrey Jerome Blan
V-82054
"Old Folsom" State Prison
P.O. Box 950
Folsom, CA 95763

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on April 10, 2008, at San Francisco, California.

| Denise Neves | **/s/ Denise Neves** |
|---|---|
| | Signature |