1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| JEFFREY JEROME BLAN,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>M.C. KRAMER, Warden,<br><br>　　　　　　　　　Respondent. | C 07-5781 CRB (PR)<br><br>**ORDER** |

       GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until June 11, 2008, to file its answer to the petition for writ of habeas corpus. Petitioner may file a traverse to the answer within thirty days of his receipt of the answer.

DATED: __April_____, 2008.

                                   _____
                                   CHARLES R. BREYER
                                   United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer