1  EDMUND G. BROWN JR.
   Attorney General
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  LISA ASHLEY OTT
   Deputy Attorney General
6  State Bar No. 164811
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA  94102
    Telephone:  (415) 703-5978
8   Fax:  (415) 703-1234
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY JEROME BLAN,<br><br>Petitioner,<br><br>v.<br><br>M.C. KRAMER, Warden,<br><br>Respondent. | C 07-5781 CRB (PR)<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION** |

I, LISA ASHLEY OTT, declare under penalty of perjury as follows:

I am the California Deputy Attorney General assigned to represent respondent in this case. Respondent's answer is due April 12, 2008, per this Court's Order To Show Cause, filed on February 12, 2008.

Following a jury trial in Santa Cruz County Superior Court, petitioner was convicted of first degree burglary and petty theft with a prior. The court sentenced petitioner to 7 years in state prison.

I request an additional sixty days to answer because my existing backlog has prevented me from turning my attention to this case. Specifically, since my last application for an enlargement of time, I have filed respondent's briefs in *People v. Yang* (H030936), a murder case with a lengthy record which includes both a guilt and sanity phase. I have also filed an answer to a federal petition

**DECL. OF COUNSEL IN SUPPORT OF APPLICATION
FOR SECOND ENLARGEMENT OF TIME TO FILE
ANSWER TO PET.** – *Blan v. Kramer,* **C 07-5781 CRB (PR)**            1

for writ of habeas corpus in *Kazas v. Woodford* (C-04-04280). In each of these cases, the opening brief or petition was filed before this Court's order setting the briefing schedule in this case.

In addition, I was out of the office on a pre-planned vacation from May 7, 2008, through May 14, 2008.

Accordingly, I request that the Court grant respondent to and including August 8, 2008, in which to file its answer or other response to the petition.

I declare under penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct. Executed at San Francisco, California on June 4, 2008.

                                      **/s/ Lisa Ashley Ott**

                                      _____
                                      LISA ASHLEY OTT
                                      Deputy Attorney General