1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY JEROME BLAN,<br><br>                      Petitioner,<br><br>   v.<br><br>M.C. KRAMER, Warden,<br><br>                      Respondent. | C 07-5781 CRB (PR)<br><br>**ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until August 8, 2008, to file its answer to the petition for writ of habeas corpus. Petitioner may file a traverse to the answer within thirty days of his receipt of the answer.

DATED: _____, 2008.

                                                        _____
                                                        CHARLES R. BREYER
                                                        United States District Judge