1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  LISA H. ASHLEY OTT
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 703-5978
    Fax: (415) 703-1234
8  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JEFFREY JEROME BLAN,** | C 07-5781 CRB (PR) |
| Petitioner, | **NOTICE OF LODGING EXHIBITS WITH COURT** |
| v. | |
| **M. C. KRAMER, Warden,** | |
| Respondent. | |

Notice is hereby given that the following exhibits are lodged in support of respondent's answer and memorandum of points and authorities:

EXHIBIT A   Clerk's Transcript (2 vols. & 1 vol. augmentation), *People v. Blan*, Santa Cruz County Superior Court No. F09958.

EXHIBIT B   Reporter's Transcript (8 vols.), *People v. Blan*, Santa Cruz County Superior Court No. F09958.

EXHIBIT C   Probation Officer's Report and Recommendation.

EXHIBIT D   Unpublished opinion, *People v. Blan*, California Court of Appeal No. H028989.

EXHIBIT E   Petition for review, *People v. Blan*, California Supreme Court No. S149026.

EXHIBIT F   Order denying petition for review, *People v. Blan*, California Supreme Court No. S149026.

NOTICE OF LODGING EXHIBITS WITH COURT – *Blan v. Kramer* – C 07-5781 CRB (PR)

1

| | | |
|---|---|---|
| EXHIBIT G | Petition for writ of habeas corpus, *In re Jeffrey Blan*, California Court of Appeal No. H030429. |
| EXHIBIT H | Order denying petition for writ of habeas corpus, *In re Jeffery Blan*, California Court of Appeal No. H030429. |
| EXHIBIT I | Petition for review of denial of petition for writ of habeas corpus, *In re Jeffrey Blan*, California Supreme Court No. S149152. |
| EXHIBIT J | California Supreme Court docket reflecting order denying petition for review of denial of petition for writ of habeas corpus, *In re Jeffrey Blan*, California Supreme Court No. S149152. |

Dated:  July 30, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

**/s/ Lisa H. Ashley Ott**

LISA H. ASHLEY OTT
Deputy Attorney General

Attorneys for Respondent